UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR07-89-RSM |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| IVAN BRENT DeARMAN, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 5, 2009. The United States was represented by Assistant United States Attorney Darwin Roberts, and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

The defendant had been charged and convicted of Manufacture of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii). On or about October 27, 2003, defendant was sentenced in the District of Oregon by the Honorable Ancer L. Haggerty to a term of sixth (60) months in custody, to be followed by four years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, participate in anger management/

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

domestic violence program approved by the probation officer, and not possess or consume alcohol or frequent places where alcohol is the primary commodity for sale.

In a Petition for Warrant or Summons, dated May 4, 2009, U.S. Probation Officer Angela M. McGlynn asserted the following violations by defendant of the conditions of his supervised release:

1. Failing to follow the instructions of the probation officer in violation of standard condition No. 8.

2. Failing to report for urine testing as directed on March 18 and March 19, 2009, in violation of standard condition No. 7.

3. Failing to report as directed on March 20, 2009, in violation of standard condition No. 7.

On May 29, 2009, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. Defendant admitted to violation No. 1.

On June 5, 2009, defendant appeared for an evidentiary hearing on the alleged violations Nos. 2 and 3. Defendant admitted to violation No. 2, as modified:

2. Failing to report for urine testing as directed on March 19, 2009, in violation of standard condition No. 7.

The government dismissed violation No. 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on September 11, 2009 at 9:30 a.m.

//

//

//

//

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 5th day of June, 2009.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Ricardo S. Martinez
AUSA: Mr. Darwin Roberts
Defendant's attorney: Ms. Jennifer Wellman
Probation officer: Ms. Angela M. McGlynn

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3